UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FILED
DEC 27 2023
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

Plaintiff(s)
**Umberto Lauro**

vs.

Defendant(s)
**Walter Lodovico & Christopher Community**

Civil Case No.: 5:23-cv-1635 (LEK/ATB)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ○ JURY   ⊗ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: **Umberto Lauro**
   Address: **340 Winton Street Apt B10 Syracuse NY 13203**

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: **Christopher Community**
   Official Position: **Water Lodovico**
   Address: **990 James Street 13203**

b.  Defendant: Richard Dunlap

Official Position: _____

Address: 340 Winton Street Syracuse NY 13203

c.  Defendant: _____

Official Position: _____

Address: _____

Additional Defendants may be added on a separate sheet of paper.

4.                               **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note:** You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).

On May 8th 2023 Richard Dunlap claimed that I shoved him. When I arrived home the apperance ticket was on my door. Following when I get home the property manager was questioning me, so I shut the door in her face.

5.                             **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

_____

_____

_____

_____

_____

### SECOND CAUSE OF ACTION

_____

_____

_____

_____

_____

### THIRD CAUSE OF ACTION

_____

_____

_____

_____

_____

6.  **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

2 million dollar for relief

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 12/27/23

*[signature]*

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FILED
DEC 27 2023
AT_____ O'CLOCK
John M. Domurad, Clerk - Syracuse

Plaintiff(s): **Umberto Lauro**

vs.

Defendant(s): **Walter Lodonco, Christopher Community**

Civil Case No.: 5:23-cv-1635 (LEK/ATB)

CIVIL COMPLAINT PURSUANT TO TITLE VII OF THE CIVIL RIGHTS ACT, AS AMENDED

Plaintiff(s) demand(s) a trial by: ☐ JURY   ☒ COURT   (Select **only** one).

## JURISDICTION

1. Jurisdiction is conferred on this court pursuant to 42 U.S.C. § 2000e-5.

## PARTIES

2. Plaintiff: **Umberto Lauro**
   Address: **340 Winton Street Apt B10 Syracuse NY 13202**

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: **Walter Lodonco, Christopher Community**
   Official Position: **[illegible] MA**
   Address: **990 James Street Syracuse NY 13202**

    b.    Defendant: _____

          Official Position: _____

          Address: _____

_____

_____

4.    This action is brought pursuant to:

    [X] Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U.S.C. § 2000e *et seq.*, and the Civil Rights Act of 1991, for employment discrimination based on race, color, religion, sex or national origin.

    [ ] Pregnancy Discrimination Act of 1978, codified at 42 U.S.C. § 2000e(k), as amended, Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination based on pregnancy.

5.    Venue is invoked pursuant to 28 U.S.C. s 1391.

6.    Defendant's conduct is discriminatory with respect to the following (check all that apply):

    (A) [ ] My race or color.
    (B) [ ] My religion.
    (C) [ ] My sex (or sexual harassment).
    (D) [ ] My national origin.
    (E) [ ] My pregnancy.
    (F) [X] Other: health

7.    The conduct complained of in this action involves:

    (A) [ ] Failure to employ.
    (B) [ ] Termination of employment.
    (C) [ ] Failure to promote.
    (D) [ ] Unequal terms and conditions of employment.
    (E) [ ] Reduction in wages.
    (F) [ ] Retaliation.
    (G) [ ] Other acts as specified below:

_____

_____

8.                                                  **FACTS**

      Set forth the facts of your case which substantiate your claims. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

_____

_____

_____

_____

_____

_____

_____

_____

9.                                **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

                                       **FIRST CAUSE OF ACTION**

_____

_____

_____

_____

## SECOND CAUSE OF ACTION

_____

_____

_____

_____

_____

## THIRD CAUSE OF ACTION

_____

_____

_____

_____

_____

10. I filed charges with the New York State Division on Human Rights, the New York City Commission on Human Rights or Equal Employment Opportunity Commission regarding the alleged discriminatory acts on or about:

_____
(Provide Date)

11. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (**copy attached**) which was received by me on or about:

_____
(Provide Date)

12. The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).

13. The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 42 U.S.C. § 2000e(b), (c), or (d).

14. The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C. § 2000e(g).

15.   **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 12-27-23

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

U.S. DISTRICT COURT N.D. OF N.Y.
FILED
DEC 27 2023
AT_____ O'CLOCK
John M. Domurad, Clerk - Syracuse

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

)
)
)
)    Case No. 5:23-cv-1635 (LEK/ATB)
)         (to be filled in by the Clerk's Office)
)
)    Jury Trial: (check one) ☐ Yes ☒ No
)
)
)
)

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Umberto Lauro

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Walter Lodovico
Christopher Community

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Umberto Lauro
   Street Address: 340 Winton Street Apt B10
   City and County: Syracuse  Onondaga
   State and Zip Code: New York 13203
   Telephone Number: 315-741-8093
   E-mail Address: UmbertoLauro2023@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: Walter Lodavico
    Job or Title (if known):
    Street Address: 340 Winton Street
    City and County: Syracuse Onondaga
    State and Zip Code: NY 13203
    Telephone Number: 315-741-8093
    E-mail Address (if known):

Defendant No. 2
    Name: Christopher Community
    Job or Title (if known):
    Street Address: 990 James Street
    City and County: Syracuse Onondaga
    State and Zip Code: New York 13203
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Violed civil rights which resulted in decrease of heath.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

they stole documentation, clothes, and misc. items. Also took title for vehicle value of 14 million

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/27/23

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Umberto Lauro

B. **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____